**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7597**

_____

JAMES MESHACH LOMAX,

             Plaintiff – Appellant,

     v.

COLIN OTTEY, M.D.; GREG FLURY, P.A.; FRANK BISHOP, Warden;
BOBBY P. SHEARIN, Former Warden; R. RODERICK, Case
Management Manager,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Senior District
Judge.  (8:14-cv-02180-DKC)

_____

Submitted:  March 14, 2016          Decided:  March 16, 2016

_____

Before MOTZ, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

James Meshach Lomax, Appellant Pro Se. Serra Aygun, Carolyn
Israel Stein, BONNER, KIERNAN, TREBACH & CROCIATA, LLP,
Washington, D.C.; Elizabeth Erin Pavlick, UNITED STATES
DEPARTMENT OF DEFENSE, Washington, D.C.; Nichole Cherie
Gatewood, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Meshach Lomax appeals the district court's orders granting summary judgment to defendants in this action filed under 42 U.S.C. § 1983 (2012), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lomax v. Ottey</u>, No. 8:14-cv-02180-DKC (D. Md. filed Aug. 4, 2015 & entered Aug. 5, 2015; Sept. 24, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>